IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSMAN ARTEGA,<br><br>　　　　Defendant. | **Case No.:** CR 20–0116 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING** |

Defendant Osman Artega is currently scheduled for his initial appearance before this Court on November 4, 2020. However, the parties have learned that Mr. Artega is under quarantine at Santa Rita Jail, and therefore unable to appear in Court or consult with counsel, until November 10, 2020, at the earliest. Accordingly, the parties stipulate and jointly request that the Court continue the appearance until November 18, 2020, at 2:15 p.m. The parties further stipulate and jointly request that the Court find that time is excludable between November 4 and November 18 under the Speedy Trial Act due to the unavailability of the defendant. *See* 18 U.S.C. § 3161(h)(3)(A).

IT IS SO STIPULATED.

| October 28, 2020 | DAVID ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
CYNTHIA STIER
Assistant United States Attorney

| October 28, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

October 29, 2020
Dated

MAXINE M. CHESNEY
United States District Judge